

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00275-CV

| | | |
|---|---|---|
| Jane Doe | § | From the 67th District Court |
| v. | § | of Tarrant County (067-286449-16) |
| Columbia North Hills Hospital Subsidiary, L.P., Columbia North Texas Subsidiary GP, LLC, and HCA Health Services of Texas, Inc. | § | March 23, 2017 |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Columbia North Hills Hospital Subsidiary, L.P., Columbia North Texas Subsidiary GP, LLC, and HCA Health Services of Texas, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
     Justice Bill Meier